```
1   Marc Days, CA Bar #184098
    Days Law Firm
2   1125 T Street
    Fresno, California  93721
3   Telephone: (559) 708-4844

4   Attorney for Defendant,
    COREY HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>COREY HARRIS<br><br>                Defendant. | Case No.: 1:25-cr-00014 KES-BAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO DOWNLOAD SOFTWARE APPLICATION |
|---|---|

      The United States of America, by and through MICHELE BECKWITH, Acting United States Attorney, and ROBERT VENEMAN-HUGHES, Assistant United States Attorney, and the defendant Corey Harris, by and through Marc Days, his attorney of record, hereby stipulate and agree to a modification of defendant's conditions of pre-trial release, specifically condition 7(q) to allow defendant to download on his phone the Google Group Chat application, an encrypted application that pretrial services is unable to monitor. This request is made because Mr. Harris is employed as a truck driver for a dairy that has requested its drivers download the application for the purpose of providing drivers schedule changes, route updates, road conditions, and other work-related information.  According to pretrial services officer Lorena Gallagher, Mr. Harris has complied with his pretrial services conditions and pretrial serves does not oppose the requested modification.

| | |
|---|---|
| Dated: April 1, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ Robert Veneman-Hughes<br>ROBERT VENEMAN-HUGHES<br>Assistant United States Attorney |
| Dated: April 1, 2025 | /s/ Marc Days<br>Marc Days<br>Attorney for Defendant |

## ORDER

IT IS SO ORDERED. Condition 7(q) of Defendant's conditions of pretrial release is hereby modified to allow the Google Group Chat application to be downloaded on Defendant's phone.

Dated: 4/2/2025

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge