1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00014-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| COREY HARRIS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Marc Days, attorney for defendant COREY HARRIS, that the status conference set for May 14, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to August 27, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. Particularly, the defense has requested the government engage in additional investigation as part of negotiations towards a plea agreement. That investigation is ongoing and the defense and government have met and conferred about plea negotiations.

Stipulation                                    1

3. By this stipulation, the parties now move to continue the status conference, and to exclude time from May 14, 2025 to August 27, 2025.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    b) The government does not object to the continuance.

    c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14, 2025 to August 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: May 6, 2025                              Respectfully submitted,

                                                MICHELE BECKWITH
                                                Acting United States Attorney

                                     By    /s/ Robert L. Veneman-Hughes
                                                ROBERT L. VENEMAN-HUGHES
                                                Assistant United States Attorney

Dated: May 6, 2025                              /s/ Marc Days
                                                MARC DAYS
                                                Attorney for Defendant Corey HARRIS

**ORDER**

IT IS SO ORDERED that the status conference is continued from May 14, 2025, to **August 27, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 7, 2025**                        /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE

Stipulation                                3