Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
COREY HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:25-cr-00014 KES-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO REMOVE CONDITION 7(m) |
| v. | |
| COREY HARRIS | |
| Defendant. | |

The United States of America, by and through MICHELE BECKWITH, Acting United States Attorney, and ROBERT VENEMAN-HUGHES, Assistant United States Attorney, and the defendant Corey Harris, by and through Marc Days, his attorney of record, hereby stipulate and agree to a modification of defendant's conditions of pre-trial release, specifically the removal of condition 7(m), a drug and alcohol testing condition. This request is made because defendant has been drug testing consistently since May 2024, all tests have been negative, defendant's treatment counselor is recommending removing the drug testing condition and does not feel defendant is a danger of relapse, defendant's federal charges are not drug related, and defendant is in compliance with his pretrial conditions of release. Pretrial services supports the treatment counselor's recommendation and removal of condition 7(m).

///

| | |
|---|---|
| Dated: June 5, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ Robert Veneman-Hughes<br>ROBERT VENEMAN-HUGHES<br>Assistant United States Attorney |
| Dated: June 5, 2025 | /s/ Marc Days<br>Marc Days<br>Attorney for Defendant |

## ORDER

Pursuant to the parties' stipulation, Condition 7(m) of Defendant's conditions of pretrial release is hereby removed as a condition of Defendant's release.

IT IS SO ORDERED.

Dated:  **June 5, 2025**           /s/ *Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE