ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>COREY HARRIS,<br><br>                Defendants. | CASE NO. 1:25-CR-00014-KES-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Marc Days, attorney for defendant COREY HARRIS, that the status conference set for August 27, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to December 10, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. The government recently provided supplemental discovery in response to a request by the defense for additional investigation.

3. The government has extended a plea offer, which expires November 19, 2025. The

Stipulation                                            1

defendant wishes time to consider this offer and consult with counsel.

4. Should the parties not resolve the case, they will meet and confer prior to December 10, 2025 to select trial dates.

5. By this stipulation, the parties now move to continue the status conference, and to exclude time from August 27, 2025 to December 10, 2025.

6. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b) The government does not object to the continuance.

c) An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2025 to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Stipulation

[Remainder of page intentionally left blank.]

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 18, 2025                                  Respectfully submitted,

                                                        ERIC GRANT
                                                        United States Attorney

                                              By        /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
                                                        Assistant United States Attorney

Dated: August 18, 2025                                  /s/ Marc Days
                                                        MARC DAYS
                                                        Attorney for Defendant Corey HARRIS

## ORDER

IT IS SO ORDERED that the status conference is continued from August 27, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 19, 2025**                            /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

Stipulation                                3