**United States District Court**
**EASTERN DISTRICT OF CALIFORNIA**

OCT 2 2 2025

CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

United States of America )
vs. ) Case No. 1:25-CR-00014-KES-BAM-1
)
Corey Scott Harris )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Corey Scott Harris_____, have discussed with _____Lorena Gallagher_____, Pretrial Services Officer, modifications of my release conditions as follows:

**Remove the following conditions of release:**

7 (l)-You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

7 (q)-You must participate in a cellular phone restriction and monitoring program as directed by the pretrial services officer. You must allow the pretrial services officer to install monitoring software on your cellular phone to which you have access, as approved by the Court, and you must not remove, tamper with, or in any way circumvent the software;

**Reason for modification:** On August 22, 2025, the defendant's mental health treatment counselor requested termination of services. The counselor reported the defendant has participated in services for over 12 months and has reached his goals and criteria for termination. His counselor the defendant possesses the necessary skills to address challenges and seek help that he may face moving forward. Additionally, the defendant has participated in cellular monitoring since April 2024. There have been no major concerns observed on his cellular device and his overall compliance has been acceptable.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/17/2025    _____  10-21-25
Signature of Defendant   Date          Signature of Pretrial Services Officer   Date

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

_____   10/21/24
Signature of Assistant U.S. Attorney     Date

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
Harris, Corey Scott
Page 2

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     10/17/25
Signature of Defense Counsel                         Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____     10/17/25
Signature of Third-Party Custodian                 Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____     _____
Signature of Surety                                           Date


## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _October 22, 2025_

☐ The above modification of conditions of release is *not* ordered.

Dated: September 26, 2025

Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE